**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIELLE AGUIRRE, et al., | Case No. 8:23-cv-00128-FWS-JDE |
| Plaintiffs | |
| v. | **ORDER RE STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT [34]** |
| CAPITAL ONE BANK (USA) N.A. and DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendants. | |

///

-1-

Having reviewed and consider the Parties' Stipulation to Further Extend Time to Respond to Complaint [34] (the "Stipulation"), the files and records of the case, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. Plaintiffs shall file an Amended Complaint, as a new and separate filing, on or before **July 21, 2023**.
2. Defendants shall answer, move, or otherwise respond to the Amended Complaint, filed by Plaintiffs as stated above, within **twenty-one (21) days** of the date that Plaintiffs file the Amended Complaint.[1]

**IT IS SO ORDERED**.

DATED:  June 30, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] Consistent with the Stipulation, Defendants have no obligation to answer, move, or otherwise respond to the Complaint [1-1] in the above-captioned case.